**No. 49968.**—Protest 96555–K of N. Snellenberg & Co. (Philadelphia).

Opinion by Tilson, J. During the trial a sample of the merchandise was admitted in evidence. The examiner at the port of entry testified that the merchandise was similar in all material respects to that the subject of *United States* v. *Hochschild, Kohn* (31 C. C. P. A. 98, C. A. D. 255). Upon the established facts and following the cited authority the merchandise was held dutiable as claimed. The protest was sustained to this extent.